FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 AUG 14  PM 4: 09

LORETTA G. WHYTE
CLERK

## UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**WILLIAM LEKEITH FRYE**                             **CIVIL ACTION**

**VERSUS**                                           **NO.   06-5964**

**ORLEANS PARISH PRISON,**                           **SECTION "N"(4)**
**UNITED STATES MARSHALLS,**
**SHERIFF MARLIN GUSMAN**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and

Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's

Report and Recommendation filed by the plaintiff on August 9, 2007, hereby approves the Report

and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this

matter.  Therefore,

**IT IS ORDERED** that William LeKeith Frye's civil rights claims against the Orleans Parish

Prison, the United States Marshals Service, Orleans Parish Criminal Sheriff Marlin Gusman, United

States Attorney Jim Letten, and the City of New Orleans, be **DISMISSED WITH PREJUDICE**

as frivolous and for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C.

§ 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that any claims brought by Frye against the United States

Marshals Service under the Federal Tort Claims Act be **DISMISSED WITHOUT PREJUDICE**

for failure to exhaust administrative remedies.



**IT IS FURTHER ORDERED** that the **Motion to Dismiss (Rec. Doc. No. 15)** filed by the

United States Marshals Service and United States Attorney Jim Letten is **DISMISSED as moot**.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE